# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LOUIS M. MINICOZZI & ASSOCIATES,  )
A professional corporation,        )
                                   )
        Plaintiff(s),     )   2:05-CV-0545-RLH-PAL
                                   )
  vs.                              )   **O R D E R**
                                   )  (Petition for Distribution–#24)
BRUCE STILES, *et al*.,            )
                                   )
        Defendant(s).     )
_____    )

        Plaintiff has filed a Petition for Approval of Settlement Distribution (#24, filed April 13, 2007). There is no opposition filed and there has been a default judgment entered as to the Defendants.

        Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995).

        The Court has read the Petition and the supporting documents and reviewed the file and finds good and sufficient reason to grant the petition.

        IT IS THEREFORE ORDERED that Plaintiff's Petition for Approval of Settlement Distribution (#24) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff may distribute the funds in accordance with its Petition.

Dated: June 8, 2007.

_____
**Roger L. Hunt**
**Chief United States District Judge**

2